**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH R. SINAWA,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION NO. 3:15-1190** |
| v. : | |
| : | **(MANNION, D.J.)** |
| **LACKAWANNA COUNTY,** : | **(MEHALCHICK, M.J.)** |
| Defendant : | |

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the report and recommendation of Judge Mehalchick, (Doc. 4), is **ADOPTED IN PART**;

**(2)** the plaintiff's complaint, (Doc. 1), is **DISMISSED with prejudice**, for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); and

**(3)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 1, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1190-01-ORDER.wpd

1